# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | **CRIMINAL COMPLAINT** |
| v. | Case No.:   24-02409MJ |
| Jorge Adan Garcia Martinez | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about June 21, 2024, in the County of Yuma in the District of Arizona, Defendant JORGE ADAN GARCIA MARTINEZ violated Title 18, United States Code, Sections 554(a) and 2, Smuggling Goods from the United States, Aid and Abet, an offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Special Agent from the Homeland Security Investigations and that this complaint is based on the following facts:

**See Attached B, Statement of Probable Cause, Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:        ☒ Yes        ☐ No

REVIEWED BY AUSA: Maria R. Gutierrez_____

*Maria [signature]*
Digitally signed by MARIA GUTIERREZ
Date: 2024.10.07 18:36:47 -07'00'

Antonio Ramirez Arellano, SA for HSI_____
Name of Complainant

ANTONIO RAMIREZ ARELLANO
Digitally signed by ANTONIO RAMIREZ ARELLANO
Date: 2024.10.07 18:28:37 -07'00'

Signature of Complainant

Subscribed to and sworn telephonically before me.

  October 7, 2024 at 7:45 pm_____
Date

at    Yuma, Arizona_____
City and State

HONORABLE JAMES F. METCALF
United States Magistrate Judge_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## ATTACHMENT A

## DESCRIPTION OF COUNT

### COUNT 1

On or about June 21, 2024, in the County of Yuma in the District of Arizona, Defendant JORGE ADAN GARCIA MARTINEZ did knowingly attempt to export and send merchandise, that is, (1) one Glock 44 22LR caliber pistol, serial number AHHH522, (2) one Glock 44 22LR caliber pistol, serial number AHRB965, (3) one Colt 1911 22LR caliber pistol, serial number WD093215, (4) one Colt 1911 22LR caliber pistol, serial number WD093221, (5) one Colt 1911 22LR caliber pistol, serial number WD093317, (6) four Glock 44, .22 caliber magazines, and (7) three Colt 1911, .22 caliber magazines, from the United States, contrary to Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774, a law and regulation of the United States.

In violation of Title 18, United States Code, Sections 554(a) and 2.

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Homeland Security Investigations Special Agent Antonio Ramirez Arellano, being duly sworn do state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI), Yuma Office and have been since March 12, 2023. I am a graduate of the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Training Program (CITP) and a graduate of the HSI Special Agent Training (SAT) academy in Glynco, Georgia. Prior to HSI, I worked for United States Border Patrol (USBP) from May 6, 2018, to March 11, 2023, in Yuma, Arizona, where I investigated immigration fraud, human smuggling, counter unmanned aircraft systems detection, and participated in intelligence gathering in addition to patrolling the U.S – Mexico Border.

2. As a Special Agent (SA), my duties include investigating federal criminal offenses in the District of Arizona. This includes violations of federal criminal statutes related to firearms and drug trafficking, human smuggling, and other federal criminal statutes with a border nexus.

3. I have received training relating to federal criminal procedure, federal statutes, and ICE regulations at the Federal Law Enforcement Training Centers. As a Special Agent, I am authorized to investigate violations of laws of the United States, and I have participated in the execution of federal and state search warrants. In addition, I have received training regarding the investigation of various federal offenses, and I am familiar

with the techniques used by individuals and by criminal organizations to conceal illicit activity.

4.     By virtue of my current employment as a Special Agent, I have performed various tasks, which include, but are not limited to:

    a. Functioning as a surveillance agent, thus observing and recording movements of persons trafficking in, and suspected of, trafficking in firearms and drugs, and other violent crimes performed by criminal organizations;

    b. Interviewing witnesses, sources of information, and confidential informants relative to the illegal trafficking of firearms and drugs; and

    c. Functioning as a case agent, entailing the supervision of specific investigations involving the trafficking of firearms and drugs, and transnational criminal organizations.

5.     While conducting transnational criminal organizational investigations, I have personally interviewed sources of information and persons involved in the distribution of firearms and drugs, and the movement of proceeds from firearms and drugs. I have consulted with other experienced investigators concerning the practices of firearms and drug traffickers, and the best methods of investigating them. In preparing this affidavit, I have conferred with other Special Agents and law enforcement officers, who share the opinions and conclusions stated herein. Furthermore, I have personal knowledge of the following facts or have learned them from the individuals mentioned herein.

6.    This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7.    Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C §§ 554(a) and 2, Smuggling Goods from the United States, Aid and Abet, were committed by Jorge Adan GARCIA Martinez, aka "Baby, "Adan," "Jackson," "Jackson HJ."

## PROBABLE CAUSE

*Seizure of Five Firearms and Ammunition – June 21, 2024*

8.    On June 21, 2024, HSI and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) were conducting surveillance at Sprague's Sports, a Federal Firearms Licensee (FFL) located in Yuma, Arizona, in connection to the purchase of firearms by Coconspirator 1.  Coconspirator 1was driving a red Toyota Rav 4 bearing Arizona license plate number E7A30L ("Toyota Rav").

9.    Coconspirator 1 purchased two Glock 44 pistols at *Sprague's Sports*. After the purchase, Coconspirator 1 exited *Sprague's Sports* and drove the Toyota Rav to San Luis, Arizona. Agents observed the Toyota Rav enter a McDonald's parking lot in San Luis, and park parallel to a Chevrolet Astro bearing Arizona license plate CAA38N ("Chevrolet Astro").  Agents observed Coconspirator 1 transfer what appeared to be firearm cases into the Chevrolet Astro. After a short time, both Coconspirator 1 and Coconspirator 2, departed the McDonald's parking lot.

10.    Coconspirator 1 drove the Toyota Rav northbound toward Somerton while

the Chevrolet Astro headed southbound toward Mexico. HSI agents provided Custom and Border Protection officers (CBP) at the port of entry in San Luis, Arizona, with a description of the Chevrolet Astro and notified CBP that the vehicle could contain firearms.

11.    CBP officers interdicted the Chevrolet Astro as it traveled on the outbound vehicle lanes at the port of entry in San Luis, Arizona. The vehicle was escorted to secondary vehicle inspection. In secondary inspection, the driver of the Chevrolet Astro, Coconspirator 2, provided a negative customs outbound declaration, which included denying that he was exporting firearms, ammunition, or more than $10,000 U.S. currency or any other monetary instruments. CBP officers searched the Chevrolet Astro and found (1) one Glock 44 22LR caliber pistol, serial number AHHH522, (2) one Glock 44 22LR caliber pistol, serial number AHRB965, (3) one Colt 1911 22LR caliber pistol, serial number WD093215, (4) one Colt 1911 22LR caliber pistol, serial number WD093221, (5) one Colt 1911 22LR caliber pistol, serial number WD093317, (6) four Glock 44, .22 caliber magazines, and (7) three Colt 1911, .22 caliber magazines. The seized firearms and ammunition are items listed on the Export Control Reform Act.

12.    Simultaneously, agents stopped the Toyota Rav and Coconspirator 1 was detained. Post-*Miranda*, Coconspirator 1 admitted he purchased firearms for other people in exchange for $100 per firearm that he purchased. He admitted he purchased the firearms that were seized from the Chevrolet Astro. He said that his cousin asked him to purchase the firearms for another individual. Coconspirator 1 said his cousin lives in Mexico. Coconspirator 1 denied knowing that the firearms were going to Mexico and that his cousin told him that the firearms would stay in San Luis, Arizona. He also denied

knowing the individual to whom he transferred the firearms and added that all he was told was where to meet him.  Coconspirator 1 was released.

13.     Post-*Miranda*, Coconspirator 2 said that an individual who he knows as "Jackson" provided Coconspirator 2 with an address in Mexico to pick up $1,500 U.S. currency to bring into the United States.  Coconspirator 2 said he gave the money to the individual in a red Toyota Rav 4 at the Walmart in San Luis, Arizona, around noon. Initially, Coconspirator 2 claimed he received three firearms from the individual in the Toyota Rav, identified as Coconspirator 1, who purchased the firearms from "old people" in Somerton and an additional two firearms in Yuma.  He later said that he gave the money to Coconspirator 1 for the firearms.  Coconspirator 2 added that once he received the firearms, he texted "Jackson" who told him to take the firearms to an individual in San Luis, Mexico.  Agents asked Coconspirator 2 to identify "Jackson," to which he provided the Facebook account, "Jackson HJ," a telephone number saved on his phone as "Adan Martinez" with the number +52 651 100 1698, and the Instagram page "bobby_jackson_17".  Coconspirator 2 said he knew firearms are illegal in Mexico.

14.     Coconspirator 2 also consented to a search of his cellular telephone ("Coconspirator 2's telephone").  A search of Coconspirator 2's telephone showed that on June 20-21, 2024, Coconspirator 2 and GARCIA using the Facebook account "Jackson HJ" exchanges messages. The messages were in Spanish and the messages were translated to English by HSI agents fluent in Spanish.

| **Facebook Conversation on June 20, 2024, at 9:56 a.m.** |
| --- |

| 9:56 a.m. – JACKSON HJ | Get the cirmas.[1] |
|---|---|
| 9:56 a.m. – JACKSON HJ | Signatures.[2] |
| 1:51 p.m. – COCONSPIRATOR 2 | That's what I'm out doing |
| 1:51 p.m. – COCONSPIRATOR 2 | How many do you need |
| 1:51 p.m. – JACKSON HJ | (Unsent message) |
| 1:52 p.m. – JACKSON HJ | As many as you all can get |
| 1:52 p.m. – COCONSPIRATOR 2 | Okay I'm over here hitting up some guys |
| 2:02 p.m. – COCONSPIRATOR 2 | I'm over here acquiring some, most likely right now we'll get for four short ones[3]. |
| 2:07 p.m. – COCONSPIRATOR 2 | Alright it's done for four signatures. |
| 2:07 p.m. – JACKSON HJ | (Missed call) |

15.    The following Facebook conversation took place the morning of the interdiction on June 21, 2024.

| Facebook Conversation on June 21, 2024, at 06:09 a.m. | |
|---|---|
| 6:09 a.m. – COCONSPIRATOR 2 | Is it happening or what |
| 6:09 a.m. – COCONSPIRATOR 2 | Brother |

---

[1] Based on my training and experience, and knowledge of this investigation, I believe that Jackson HJ misspelled *firmas* and wrote *cirmas* instead.

[2] Based on my training and experience, the Spanish word "firmas", which translates to "signatures" in English, is used by firearms traffickers to refer to straw purchasers.

[3] Based on my training and experience, "short ones" refers to smaller firearms/pistols.

| | |
|---|---|
| 6:09 a.m. – JACKSON HJ | Nah bro |
| 6:09 a.m. – JACKSON HJ | Hahaha yeah bro he's already on his way from Phoenix, I'll find out what time he'll get here and let you know |
| 6:09 a.m. – JACKSON HJ | Do you have four people to sign? |
| 6:09 a.m. – COCONSPIRATOR 2 | The four signatures were there |
| 6:09 a.m. – COCONSPIRATOR 2 | Its only one though |
| 6:10 a.m. – COCONSPIRATOR 2 | That will do it |
| 6:10 a.m. – COCONSPIRATOR 2 | All four |
| 6:10 a.m. – JACKSON HJ | Set it up for Monday or what |
| 6:10 a.m. – JACKSON HJ | Or maybe, tomorrow |
| 6:11 a.m. – JACKSON HJ | Is it a sure thing? |
| 6:11 a.m. – COCONSPIRATOR 2 | It's because that guy bails out sometimes and right now that guy needs money so I took advantage of that guy, right now he's very solid that he'll buy |
| 6:11 a.m. – COCONSPIRATOR 2 | Yes bro |
| 6:12 a.m. – JACKSON HJ | It's that right now the other guy is on his way to buy six |
| 6:12 a.m. – COCONSPIRATOR 2 | And with this four it would be 10, its costly bro |
| 6:12 a.m. – JACKSON HJ | But let me hurry him up, so I can see if we'll send yours right now too. |
| 6:13 a.m. – COCONSPIRATOR 2 | That way I can take them all out in one shot |

| | |
|---|---|
| 6:13 a.m. – COCONSPIRATOR 2 | I would take it to mine and everything |
| 6:13 a.m. – JACKSON HJ [Sent audio message] | Yes bro but we would need to separate them because the truth is I can't risk all my work if this gets caught I'll be left laying on the street. |
| 6:13 a.m. – COCONSPIRATOR 2 | Yeah I know bro |
| 6:13 a.m. – JACKSON HJ [Sent audio message] | We take out six and then four, you see, how do you see it, how do you baseball. |
| 6:13 a.m. – JACKSON HJ [Sent audio message] | Assure signatures, the more signatures you assure it's as though you're making work for yourself because you know that you're the one that's going to take them out, you see. |
| 6:14 a.m. – COCONSPIRATOR 2 | Look lets send my guy now and I'll take out his and when your guy gets here, I'll take out his |
| 6:14 a.m. – JACKSON HJ | They open at 9 give me a moment I'll see if he's on his way |
| 6:14 a.m. – COCONSPIRATOR 2 | Alright yeah over here even five or six mine will buy |
| 6:15 a.m. – COCONSPIRATOR 2 | My friend sold his car because he needed money ima see if that guy also wants to |
| 6:15 a.m. – JACKSON HJ | When for the car haha |
| 6:15 a.m. – COCONSPIRATOR 2 | I'm out getting them in times of hunger |
| 6:15 a.m. – COCONSPIRATOR 2 | hahahahha |
| 6:15 a.m. – JACKSON HJ | I lend out when it's like that |

| | |
|---|---|
| 6:16 a.m. – COCONSPIRATOR 2 | He already sold it and wants to take it out |
| 6:16 a.m. – COCONSPIRATOR 2 | Hahaha |
| 6:16 a.m. - JACKSON HJ [Sent audio message] | When you guys want to pawn cars, guns, or whatever it is, and you need money, I can lend, you see. But I need to get something good and I won't give out too much money either, you see. You know how that thing, how it goes. |
| 6:16 a.m. – COCONSPIRATOR 2 | That's why also maybe that guy will come. |
| 6:16 a.m. – JACKSON HJ | Yes tell him. |
| 6:16 a.m. – COCONSPIRATOR 2 | Yes but my guy here will buy 6 today also. |
| 6:17 a.m. – JACKSON HJ [Sent audio message] | Yes bro, tell him like this. "No bro, you are in need of money look, let's go instead, do the job get some coin and take the car out." And then the guy is going to go, he might take some time to get the courage to do it but when he goes and it sticks he is going to say "well that was easy, no problems or nothing." And then the next time he is in need of money, he will tell you on his own "hey bro, what's going on, is there anything?" and that's how you start getting you see. Because the truth is yes bro, here all we get is guys in need of money, it is what it is. But well, who are we to say no. |
| 6:17 a.m. – COCONSPIRATOR 2 | And we will the other tomorrow for another 6 |

| 6:17 a.m. – COCONSPIRATOR 2 | Yes well that is why I am telling them |
|---|---|
| 6:18 a.m. – JACKSON HJ [Sent audio message] | Right now I am waiting for the other guy to answer me bro. I already told him if he left already if not, if he tells me "no" I will tell him to wait out the pachos[4] so yours comes first and then we send the other. But if he is already coming I will have to send him because since he is coming from Phoenix I can't send him back because he will be upset and later he won't want to buy for me. |
| 6:18 a.m. – COCONSPIRATOR 2 | Yes bro |
| 6:18 a.m. – COCONSPIRATOR 2 | Yes we send some from here |
| 6:18 a.m. – JACKSON HJ [Sent audio message] | If he came already we will do everything quick you see. In a hurry he can go, leave it with you, take them out and if he goes for more he can go and buy them, leaves them with you and you take them out and in a hurry your friend can work no problem. Guns they have plenty. |
| 6:18 a.m. – COCONSPIRATOR 2 | Both of them or do you want to send them separate. |
| 6:19 a.m. – COCONSPIRATOR 2 | Yes yes |
| 9:40 a.m. – JACKSON HJ | Son |
| 9:40 a.m. – JACKSON HJ | Call Lalo |
| 9:40 a.m. – JACKSON HJ | Wake him up |

---

[4] *Pachos* was not translated because its meaning is unknown.

| | |
|---|---|
| 9:40 a.m. – COCONSPIRATOR 2 | You let me know when to go to the United States |
| 9:40 a.m. – COCONSPIRATOR 2 | Where |
| 9:40 a.m. – JACKSON HJ | So that he gives you the money and you go in |
| 9:40 a.m. – JACKSON HJ | Call him |
| 9:40 a.m. – JACKSON HJ | He is asleep |
| 9:40 a.m. – COCONSPIRATOR 2 | Should I head over? |
| 9:41 a.m. – JACKSON HJ | He is in the shop but well wake him up |
| 9:41 a.m. – JACKSON HJ | (replied to COCONSPIRATOR 2 "Should I head over?") Yes |
| 9:41 a.m. – COCONSPIRATOR 2 | (replied to JACKSON HJ "Call him") Alright |
| 9:41 a.m. – COCONSPIRATOR 2 | (replied to JACKSON HJ "He is in the shop but well wake him up") Where is it |
| 9:41 a.m. – JACKSON HJ | Ley de alfabetizacion[5] |
| 9:41 a.m. – JACKSON HJ | And 31 |
| 9:41 a.m. – COCONSPIRATOR 2 | Alright I am going |
| 9:43 a.m. – JACKSON HJ | Do you still have paco |
| 9:43 a.m. – JACKSON HJ | Paca ?[6] |
| 9:43 a.m. – JACKSON HJ | Or not anymore? |

[5] "Ley de alfabetizacion" and "31" (in the message below) refers to an address/location in San Luis, Mexico.

[6] Based on my training and experience, "paca" is Spanish slang for money.

| 9:43 a.m. – COCONSPIRATOR 2 | No not anymore I don't have anything I bought clothes for my daughter everything is very expensive haha |
|---|---|
| 9:43 a.m. – COCONSPIRATOR 2 | The 10 thousand rounds are already outside |
| 9:46 a.m. – COCONSPIRATOR 2 | Wait for them to bring me the van in which it crossed |
| 9:46 a.m. – COCONSPIRATOR 2 | Who is going to buy the |
| 9:47 a.m. – COCONSPIRATOR 2 | Short ones |
| 9:47 a.m. – COCONSPIRATOR 2 | Your friend or mine |
| 9:47 a.m. – JACKSON HJ | Mine is already over there |
| 9:47 a.m. – COCONSPIRATOR 2 | (Replied to JACKSON HJ "Mine is already over there") Alright my dad is on his way |
| 9:47 a.m. – COCONSPIRATOR 2 | He was bringing me the van |
| 9:47 a.m. – COCONSPIRATOR 2 | There I have my good stash it fits 3 thousand rounds |
| 9:48 a.m. – COCONSPIRATOR 2 | Is it a good bunch |
| 9:48 a.m. – JACKSON HJ | The short ones fit there |
| 9:48 a.m. – COCONSPIRATOR 2 | Yes |
| 9:48 a.m. – COCONSPIRATOR 2 | Easy |
| 10:06 a.m. – JACKSON HJ | Daughter |

| | |
|---|---|
| 10:06 a.m. – COCONSPIRATOR 2 | Go ahead |
| 10:06 a.m. – JACKSON HJ | By any chance can you take the boxes out for me? |
| 10:07 a.m. – COCONSPIRATOR 2 | (Replied to JACKSON HJ "By any chance can you take the boxes out for me?") I can try can they be deconstructed |
| 10:07 a.m. – COCONSPIRATOR 2 | ? |
| 10:07 a.m. – JACKSON HJ | I don't know |
| 10:09 a.m. – COCONSPIRATOR 2 | I will check over there and see what I can do about the boxes to bring them |
| 10:10 a.m. – JACKSON HJ | Alright |
| 10:10 a.m. – JACKSON HJ | I only need 3 |
| 10:13 a.m. – JACKSON HJ | Are you on your way? |
| 10:13 a.m. – JACKSON HJ | (Thumbs up emoji) |
| 10:14 a.m. – COCONSPIRATOR 2 | Yes bro I was pooping |
| 10:14 a.m. – COCONSPIRATOR 2 | Hahaha |
| 10:15 a.m. – JACKSON HJ | Hurry up please they are already going to San Luis AZ |
| 10:17 a.m. – COCONSPIRATOR 2 | (Sent daytime photograph from the inside of a vehicle with the dashboard is visible. Apparent dirt road in the horizon with homes/driveways.) |
| 10:17 a.m. – JACKSON HJ | Start calling Lalo |
| 10:17 a.m. – COCONSPIRATOR 2 | Send me his number |

| 10:17 a.m. – COCONSPIRATOR 2 | I did not save it |
|---|---|
| 10:18 a.m. – JACKSON HJ | (Sent screenshot of iPhone phone contact information for "Lalo Llamada" with telephone number +52 653 123 4601) |
| 10:23 a.m. – COCONSPIRATOR 2 | He will come out now |
| 10:23 a.m. – COCONSPIRATOR 2 | He already answered |
| 10:24 a.m. – JACKSON HJ | Yes he answered me already |
| 10:36 a.m. – COCONSPIRATOR 2 | I am on my way to the United States |
| 10:46 a.m. – COCONSPIRATOR 2 | (Sent daytime photograph of vehicles waiting to enter the United States along the international U.S boundary fence. A yellow street sign with "Access to USA/Load USA" is visible.) |
| 10:46 a.m. – JACKSON HJ | Alright |
| 10:46 a.m. – JACKSON HJ | Carlita haha |
| 10:47 a.m. – COCONSPIRATOR 2 | Suck it |
| 10:47 a.m. – COCONSPIRATOR 2 | Hahahaha |
| 10:47 a.m. – JACKSON HJ | You won't pick up ranks anymore |
| 10:47 a.m. – JACKSON HJ | Ranfla[7] |

---

[7] Based on my training and experience, "ranfla" is Spanish slang for vehicle.

| | |
|---|---|
| 10:47 a.m. – COCONSPIRATOR 2 | (Replied to JACKSON HJ "Ranfla") Yes bro later |
| 10:49 a.m. – JACKSON HJ [Sent audio message] | Right now *El Zorro* is in there to see if the guards are checking a lot. Because yesterday it was slow because they were checking all the cars...(unintelligible) |
| 10:49 a.m. – COCONSPIRATOR 2 | Alright |
| 10:49 a.m. – COCONSPIRATOR 2 | Send someone to check from the outside |
| 10:49 a.m. – COCONSPIRATOR 2 | Also |
| 10:49 a.m. – JACKSON HJ | No |
| 10:49 a.m. – JACKSON HJ | Haha yes bro |
| 10:55 a.m. – COCONSPIRATOR 2 | Alright |
| 11:12 a.m. – JACKSON HJ | Where are you at |
| 11:12 a.m. – COCONSPIRATOR 2 | (Sent daytime photograph from inside a vehicle and showing vehicles waiting to enter the United States as well as the international boundary fence.) |
| 11:12 a.m. – JACKSON HJ | Alright |
| 11:15 a.m. – COCONSPIRATOR 2 | (Replied to JACKSON HJ "Alright") Just like that |
| 11:15 a.m. – JACKSON HJ | You cross in 15-20 right |
| 11:15 a.m. – COCONSPIRATOR 2 | (Replied to JACKSON HJ "You cross in 15-20 right") Yes |
| 11:23 a.m. – JACKSON HJ | Where |

| 11:23 a.m. – COCONSPIRATOR 2 | (Sent daytime photograph from inside a vehicle showing the primary inspection booths at the port of entry in San Luis, Arizona.) |
| --- | --- |
| 11:24 a.m. – JACKSON HJ | Where do you have the stash? |
| 11:25 a.m. – JACKSON HJ | They went out 17 minutes ago and everything fine |
| 11:49 a.m. – JACKSON HJ | (Thumbs up emoji) |

16.    The following Facebook conversation took place prior to the transfer of the first three firearms from Coconspirator 1 to Coconspirator 2 on June 21, 2024.

| Facebook Conversation on June 21, 2024, at 11:55 a.m. | |
| --- | --- |
| 11:55 a.m. – COCONSPIRATOR 2 [Sent voice message] | I'm already inside bro it's because they had sent me to revision, but I am already in what's the word where's the guy or what. |
| 11:55 a.m. – JACKSON HJ | "Max." |
| 11:55 a.m. – JACKSON HJ | "Mac."[8] |
| 11:56 a.m. – JACKSON HJ [Sent video] | [Video shows inside of a parked vehicle facing south where vehicles are seen in the distance waiting in line to go outbound into Mexico through the port of entry in San Luis, Arizona. The "Toyota" brand steering wheel emblem is visible, video pans out and the area where the video is being recorded appears to be the McDonald's parking lot in San Luis, Arizona.] |
| 11:56 a.m. – COCONSPIRATOR 2 | On my way. |

---

[8] Based on my knowledge of this investigation, I believe "Mac" is referring to the McDonald's restaurant in San Luis, Arizona.

| | |
|---|---|
| 11:58 a.m. – JACKSON HJ | 33 |
| 11:58 a.m. – COCONSPIRATOR 2 | 33 what bro. |
| 11:58 a.m. – COCONSPIRATOR 2 | ? |
| 11:58 a.m. – JACKSON HJ | Copy |
| 11:58 a.m. – COCONSPIRATOR 2 | Alright |
| 11:58 a.m. – COCONSPIRATOR 2 | What car is it |
| 12:00 p.m. – JACKSON HJ | Rav 4 |
| 12:00 p.m. – JACKSON HJ | Toyota. |
| 12:00 p.m. – JACKSON HJ | Red or maroon |
| 12:01 p.m. – COCONSPIRATOR 2 | Do I give him. |
| 12:01 p.m. – COCONSPIRATOR 2 | All the money |
| 12:01 p.m. – COCONSPIRATOR 2 | ? |
| 12:01 p.m. – JACKSON HJ | Yes |
| 12:01 p.m. – COCONSPIRATOR 2 | Alright |

17.     Law enforcement obtained the video footage from the McDonald's in San Luis, Arizona, for June 21, 2024.  In the video, at about 11:20 a.m., the Toyota Rav enters the parking lot, and parks.  At about 11:59 a.m., the Chevrolet Astro enters the parking lot,

reverses, and parks near the Toyota Rav.  A male individual walks from the Chevrolet Astro to the passenger side area of the Toyota Rav.  At about 12:04 p.m., the Toyota Rav leaves the McDonald's parking lot, and the Chevrolet Astro leaves shortly after.

18.    The following Facebook conversation took place prior to the firearm purchase at Sprague's Sports on June 21, 2024.

| Facebook Conversation on June 21, 2024, at 12:09 p.m. | |
| --- | --- |
| 12:09 p.m. – JACKSON HJ | What happened. |
| 12:09 p.m. – COCONSPIRATOR 2 [Sent voice message] | It is done, it is done brother. The guy is on his way to purchase the other three. I will wait for him here at Jack, here's where I'll wait. I tell you, it's because that, I already put the boxes in, and the things still fit. The other three still fit. I will wait and three more still fit so I'll wait to not make double trips. |
| 12:10 p.m. – COCONSPIRATOR 2 | I will take 3 boxes |
| 12:10 p.m. – JACKSON HJ | Hey |
| 12:10 p.m. – JACKSON HJ | Exchange the boxes belonging to the 22 for 2 of the Glocks |
| 12:12 p.m. – COCONSPIRATOR 2 [Sent voice message] | Alright well once the guy gets here bro, when the guy gets here. He went to buy the other three, since he did not have them, he went to buy them, right now he only had three. |
| 12:12 p.m. – JACKSON HJ | Yes I know. |
| 12:12 p.m. – JACKSON HJ | Right now they'll get there |
| 12:25 p.m. – COCONSPIRATOR 2 [Sent voice message] | Hey tell the guy to come to Walmart bro, I came to Walmart to charge my cell because I do not have battery. |

| | |
|---|---|
| 12:26 p.m. – JACKSON HJ | No. |
| 12:26 p.m. – JACKSON HJ | Yes |
| 12:26 p.m. – COCONSPIRATOR 2 | Alright |
| 12:28 p.m. – COCONSPIRATOR 2<br><br>[Sent video from inside Walmart] | When you need to charge a telephone come and take it off an iPad here at Walmart. |
| 12:28 p.m. – JACKSON HJ | Hahahahahahaha |
| 12:28 p.m. – JACKSON HJ | Son of a dick |
| 12:31 p.m. – COCONSPIRATOR 2 | Just like that |
| JACKSON HJ | Audio Call (1 Minute 7 Seconds) |
| COCONSPIRATOR 2 | Missed Call |
| 12:43 p.m. – JACKSON HJ | What's up |
| 12:43 p.m. – COCONSPIRATOR 2<br><br>[Sent voice message] | Hey I already called my friend he said yes bro, he will head this way. He will head this way and head inside, he will just eat a taco and he will head this way and that's it, the party is on. |
| 12:44 p.m. – JACKSON HJ | This guy will head to *"abyuma"* |
| 12:44 p.m. – COCONSPIRATOR 2 | What's up with my guy |
| 12:44 p.m. – COCONSPIRATOR 2<br><br>[Sent voice message] | And what's up with my guy then, because I don't want to make two trips I'm saying, to take everything out at once because I have a good stash. |
| 12:45 p.m. – COCONSPIRATOR 2 | And this thing will cross for sure right now, that crossing right now is for sure |

| | |
|---|---|
| [Sent voice message] | |
| 12:45 p.m. – JACKSON HJ | We can send your guy once you take these out. |
| 12:46 p.m. – COCONSPIRATOR 2 [Sent voice message] | Alright then, then it is going down with your guy in Yuma, alright. |
| 12:52 p.m. – COCONSPIRATOR 2 [Sent voice message] | Bro I parked here at Triple B[9], came here to park because, to tell you the truth, there was a lot of government over by Walmart and well, all good you see. |
| 12:54 p.m. – COCONSPIRATOR 2 [Sent location] | 841 N First Ave, San Luis, AZ 85349 |
| 12:55 p.m. – JACKSON HJ | Yes he will arrive in a bit |
| 12:55 p.m. – COCONSPIRATOR 2 | Alright |
| 12:59 p.m. – COCONSPIRATOR 2 [Sent voice message] | Ask him how much longer it will take. It is very hot, I am roasting, on top of that I am already tan. Damn, sucks bro, I thought he had the six already bro, the guy. But ask him what is going on, to hurry, a favor, bro. |
| 12:59 p.m. – JACKSON HJ | He is already in the store |
| 1:11 p.m. – COCONSPIRATOR 2 | Alright I am roasting and I am very hungry |
| 01:11 p.m. – COCONSPIRATOR 2 | Hahaha |
| 1:18 p.m. – COCONSPIRATOR 2 | Tell him to hurry because the line is building up and don't want to jinx it and the guards set up |

---

[9] Based on my knowledge of this investigation, I believe "Triple B" is referring to the Triple B gas station in San Luis, Arizona.

| 1:18 p.m. – COCONSPIRATOR 2 | Out there |
|---|---|
| 1:18 p.m. – JACKSON HJ | It's not on him bro it is a matter of the store clerks to hurry |
| 1:18 p.m. – JACKSON HJ | You used to be all day in in the heat for 100 dollars and now you can't handle it for what you're going to make my daughter. |
| 1:18 p.m. – COCONSPIRATOR 2 | Alright I'll wait for him here |
| 1:19 p.m. – COCONSPIRATOR 2 | How much will you pay me for the short one.[10] |
| 1:22 p.m. – JACKSON HJ [Sent voice message] | What I pay son, one hundred bucks bro, because there were only two of the Glocks, there weren't any more 1911. Damn, I'm sleepy. |
| 1:23 p.m. – COCONSPIRATOR 2 | Alright then |
| 1:44 p.m. – COCONSPIRATOR 2 | Where will I leave them. |
| 1:44 p.m. – COCONSPIRATOR 2 | Now |
| 1:44 p.m. – COCONSPIRATOR 2 | [Sends screenshot of his iPhone drop down options showing 10% battery left] |
| 1:44 p.m. – COCONSPIRATOR 2 | In case that it dies [referring to the iPhone] |
| 1:44 p.m. – JACKSON HJ | Lalo |

---

[10] Based on my training and experience, and knowledge of this investigation, "short one" commonly refers to smaller firearms/pistols.

| 1:45 p.m. – COCONSPIRATOR 2 | Ok Where is the guy |
|---|---|
| 1:45 p.m. – JACKSON HJ | That's what I am figuring out |
| 1:46 p.m. – COCONSPIRATOR 2 | Alright |
| 1:57 p.m. – COCONSPIRATOR 2 | He hasn't told you anything? |
| 2:04 p.m. – COCONSPIRATOR 2 | This guy sucks bro it has been 2 hours |
| 2:04 p.m. – COCONSPIRATOR 2 | And he isn't here my damn phone is about to die |
| 2:15 p.m. – JACKSON HJ | Where will you be at |
| 2:15 p.m. – COCONSPIRATOR 2 | I am here at triple b |
| 2:16 p.m. – COCONSPIRATOR 2 | But what's up with the guy bro |
| 2:16 p.m. – COCONSPIRATOR 2 | Has he not said anything or what |
| 2:16 p.m. – COCONSPIRATOR 2 | I also deliver heat |
| 2:17 p.m. – JACKSON HJ | He is on his way old man they gave them to him |
| 2:18 p.m. – COCONSPIRATOR 2 | You're kidding he is barely coming from Yuma ? |
| 2:23 p.m. – COCONSPIRATOR 2  [Sent voice message] | What's up bro, has he not said anything? Because the line is going to build up. I am waiting here for that stuff. And then I will get in line to exit bro.  Everyone is getting off work, that's why I ask. |
| 2:26 p.m. – JACKSON HJ | He is on his way |

| | |
|---|---|
| 2:26 p.m. – COCONSPIRATOR 2 | Good |
| 2:39 p.m. – COCONSPIRATOR 2 [Sent voice message] | Tell the guy to send you his location bro, so you can check on him. Damn bro its very hot here. |
| 2:39 p.m. – JACKSON HJ | Write |
| 2:39 p.m. – COCONSPIRATOR 2 | Tell the guy to give you his location so you can check |
| 2:46 p.m. – JACKSON HJ | He is at Mac |
| 2:46 p.m. – JACKSON HJ | The guy |
| 2:46 p.m. – COCONSPIRATOR 2 | Alright |
| 2:52 p.m. – COCONSPIRATOR 2 | Tell him |
| 2:52 p.m. – JACKSON HJ | What |
| 2:52 p.m. – COCONSPIRATOR 2 | That I am in the same place where |
| 2:52 p.m. – COCONSPIRATOR 2 | He gave me the other ones |
| 2:53 p.m. – COCONSPIRATOR 2 | He needs to hurry because to stash them. |
| 2:53 p.m. – COCONSPIRATOR 2 | Because the line is getting longer |
| 2:53 p.m. – JACKSON HJ | I told him already |
| 3:01 p.m. – COCONSPIRATOR 2 | They are stashed |
| 3:01 p.m. – JACKSON HJ | Okey. |

| 03:02 p.m. – COCONSPIRATOR 2 [Sent location] | 566 US-95 S, San Luis, AZ 85349 United States. |
|---|---|
| 03:19 p.m. – JACKSON HJ | Where are you |

*Identification of GARCIA*

19.     As mentioned above, Coconspirator 2 identified the user of the Instagram account "bobby_jackson_17" as the same individual who uses the Facebook account "Jackson HJ." HSI/ATF agents involved with this investigation, recognized an individual in the profile picture for the Instagram account "bobby_jackson_17" from a previous encounter on April 12, 2023. On that day, Juan Carlos Yanez Molina purchased two AK-style rifles from *Jones and Jones*, an FFL in Somerton. GARCIA was the driver of a Ford Fusion that transported Molina from the FFL. After dropping off Molina, GARCIA was stopped by law enforcement for speeding. A law enforcement officer observed a firearm in the Ford Fusion. GARCIA was cited and he agreed to speak with law enforcement.

20.     Post-*Miranda*, GARCIA admitted to providing rides to Molina, who he identified as "Juan," on four occasions to purchase firearms. Initially, GARCIA claimed that Molina's friend paid him $100 for the ride. Later, he claimed that Molina paid him for rides to FFLs. GARCIA could not explain why Molina would pay him $100 for each ride when Molina could get an Uber which would be cheaper. GARCIA also initially lied about his relationship to Molina by claiming Molina was his stepbrother. When ATF agents asked why Molina did not take the firearms with him, GARCIA initially claimed it

was because Molina's mom did not like him, and that Molina would meet him later to get the firearms. Later, GARCIA said that if Molina could not pick up the firearms, he would send someone else. GARCIA also said that he probably drove Molina to purchase firearms more than four times. GARCIA consented to the seizure of three firearms and ammunition found in Ford Fusion. The three firearms were purchased by Molina. GARCIA was released.

*Interview of GARCIA and Seizure of the Target Cellular Telephone – September 30, 2024*

20.    On September 30, 2024, at approximately 8:34 p.m., GARCIA was referred to secondary vehicle inspection as he tried to enter the United States from Mexico at the port of entry in San Luis, Arizona. GARCIA was the driver of a white Chevrolet Camaro bearing AZ license plate TCA33V. GARCIA was referred to secondary inspection. In secondary inspection, a canine alerted to the vehicle. The vehicle was searched, but no contraband was found.

21.    HSI and ATF agents spoke with GARCIA at the port of entry to advise him of a credible threat to his life. GARCIA was advised that he was not under arrest. The interview was video and audio recorded. During this interview, GARCIA advised he goes by the nicknames Baby, Adan, and Jackson, and that he lives in Roll, Arizona. GARCIA initially claimed that he did not know why there was a threat to his life, but later he informed agents that the threat was probably tied to an incident two years ago when he was shot nine times in Mexico. During this incident, his younger brother was shot and killed. GARCIA also said that an "adopted" brother who was living with GARCIA's family, worked as a hitman prior to being killed. Agents asked GARCIA if there were any recent

incidents that may warrant this threat on his life.  GARCIA said that an individual who is in jail attempted to call GARCIA on Facebook, and GARCIA blocked him.

22.     Agents have searched and are not aware of GARCIA possessing an export license to export firearms and firearm magazines from the United States.

## **CONCLUSION**

For these reasons, I submit that there is probable cause to believe Jorge Adan GARCIA Martinez committed violations of Title 18, United States Code, Sections 554(a) and 2, Smuggling Goods from the United States, Aid and Abet.

I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

ANTONIO RAMIREZ ARELLANO

Digitally signed by ANTONIO RAMIREZ ARELLANO
Date: 2024.10.07 18:42:56 -07'00'

ANTONIO RAMIREZ ARELLANO
Special Agent
Homeland Security Investigations

Sworn to and subscribed telephonically this  7th  day of October, 2024.

HONORABLE JAMES F. METCALF
United States Magistrate Judge