GARY M. RESTAINO
United States Attorney
District of Arizona

MARIA GUTIERREZ
Arizona Bar No. 026659
BRANDON M. BROWN
Arizona Bar No. 028892
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: maria.gutierrez@usdoj.gov
Email: brandon.brown3@usdoj.gov
Attorneys for Plaintiff

FILED _____ LODGED
_____ RECEIVED _____ COPY

NOV 0 5 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. **CR-24-1820-PHX-DJH (MTM)** |
|---|---|
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| Jorge Adan Garcia Martinez, et al., | |
| Defendants. | |

Pursuant to Local Rule 5.1, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case 23-CR-01345-SMB.

Respectfully submitted this 5th day of November, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

_s/Maria Gutierrez_
MARIA GUTIERREZ
BRANDON M. BROWN
Assistant U.S. Attorney